**Petition for Writ of Mandamus Denied and Opinion Issued June 13, 2025.**



In The

# Fifteenth Court of Appeals

_____

NO. 15-25-00101-CV
_____

## IN RE M. BRETT COOPER, M.D., Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**493rd District Court**
**Collin County, Texas**
**Trial Court Cause No. 493-08026-2024**

## MEMORANDUM OPINION

The Court has considered relator M. Brett Cooper's petition for writ of mandamus and emergency motion to stay and is of the opinion that relief should be denied. Accordingly, the petition and the emergency motion are denied. *See* Tex. R. App. P. 52.8(a).


PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.